IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01767-PSF-OES

CARL WILLIAM PURSLEY, JR.;

Plaintiff,

vs.

AL ESTEP, Warden of LCF; and
COLORADO ATTORNEY GENERAL;

Defendant(s).

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY U.S. MAGISTRATE JUDGE O. EDWARD SCHLATTER
Date:  January 17, 2006

     Applicant's Motion for Leave to File Supplement to Applicant's Reply (Doc. #14, filed 1/11/06) is GRANTED.