IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01767-PSF-MEH

CARL WILLIAM PURSLEY, JR.,

    Applicant,

v.

AL ESTEP, Warden of L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, December 10, 2007.**

    Plaintiff's Motion for Leave to Expand the Record [Filed December 5, 2007; Docket #61] is **denied** as moot. Plaintiff's claims have already been denied on the merits, and a review of the affidavits and exhibits does not alter this Court's analysis in any of its previous Recommendations.