IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01767-WYD-MEH

CARL WILLIAM PURSLEY, JR.,

    Applicant,

v.

AL ESTEP, Warden, LCF, and
ATTORNEY GENERAL, State of Colorado,

    Respondents.

## ORDER TO CURE DEFICIENCY

Daniel, Judge

Applicant submitted a Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 on December 20, 2007. The court has determined that the document is deficient as described in this order. Applicant will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
    \_\_\_\_ is not submitted

**(B)**   **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action**:
    \_\_\_\_ is not submitted
    \_\_\_\_ is missing affidavit
     X  is missing required financial information (a certified copy of the Trust Fund Account Statement)
    \_\_\_\_ is missing an original signature by the prisoner
    \_\_\_\_ is not on proper form (must use the court's current form
    \_\_\_\_ other

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Applicant, together with a copy of this order, an original and one copy of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action. It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

Dated: January 17, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge