IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01767-WYD-MEH

CARL WILLIAM PURSLEY, JR.,

    Applicant,

vs.

AL ESTEP, Warden of L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER

    Petitioner Carl Pursley submitted a letter to the Clerk of the Court questioning my impartiality in this case. Dock. #75. I issued an Order to Show Cause directing Mr. Pursley to identify any of his cases in which I was involved as counsel for the government prior to my appointment to the federal bench. Mr. Pursley has submitted a letter written by me as Chief of the Civil Division of the United States Attorney's Office for the District of Colorado on January 7, 2004. Dock. #85 at 8. In Criminal Action No. 03-cr-00415-REB, Mr. Pursley's co-defendant, Wendel Wardell, served a subpoena on an employee of the U.S. Probation Office. Representing the interests of the U.S. Probation Office, I corresponded with Mr. Wardell and stipulated to the facts set forth in the letter regarding the software compatibility of computers at the Federal Detention Center, and the subpoena was deemed withdrawn

    Pursuant to 28 U.S.C. §455(a) and (b)(3), a Magistrate Judge shall disqualify himself under the following circumstances:

> Any justice, judge, or magistrate judge of the United States shall disqualify himself in
> any proceeding in which his impartiality might reasonably be questioned.

> . . .
>
> Where he has served in governmental employment and in such capacity participated as counsel, adviser or material witness concerning the proceeding or expressed an opinion concerning the merits of the particular case in controversy.

Mr. Pursley contends that I "was a prosecutor against [him] in a tax case." Dock. #75. On this basis, he argues that I should recuse myself from any involvement in this habeas petition. I disagree. My involvement in the case outlined above was representing the interests of the U.S. Probation Office for a discovery matter with Mr. Pursely's co-defendant. I have had no prior dealings with Mr. Pursley, did not serve as counsel in the tax prosecution case, and did not oppose any relief sought by Mr. Pursley or his co-defendant for that matter. Accordingly, Petitioner has not set forth a sufficient basis for my recusal. The Order to Show Cause is **discharged**.

DATED at Denver, Colorado, this 25th day of February, 2008.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge