IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-01767-WYD-MEH

CARL WILLIAM PURSLEY, JR.

      Applicant,

v.

AL ESTEP, Warden of L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.
_____

**ORDER ADOPTING AND AFFIRMING THE RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**
_____

I.     INTRODUCTION

      This matter is before the Court on the Applicant's Motion for Leave to Proceed

on Appeal Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (docket #81),

which was filed on February 1, 2008.  I note that on January 9, 2008, this case was

transferred to me upon the passing of Judge Philip S. Figa.  The matter was referred to

Magistrate Judge Hegarty for a Recommendation by Order of Reference dated

February 6, 2008.  Magistrate Judge Hegarty issued a Recommendation on March 6,

2008, which is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1), FED. R.

CIV. P. 72(b), D.C.COLO.LCivR. 72.1.  Magistrate Judge Hegarty recommends therein

that the motion be denied.  Recommendation at 2.

      Magistrate Judge Hegarty advised the parties that they had ten (10) days to

serve and file written, specific objections to the Recommendation.  *Id.* at 2.  On March

21, 2008, the Applicant filed a timely Objection which necessitates a *de novo* determination as to those specified proposed findings or recommendations to which objection is made since the nature of the matter is dispositive. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1).

II.    BACKGROUND

Applicant has submitted a Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action (docket #81). Applicant states that he will raise the following issues on appeal: "(1) whether the Rule 60(b) motion constitutes a 'successive petition,' and if so, should the matter have been referred to the Court of Appeals for authorization under § 2244(b)(3) pursuant to 28 U.S.C. § 1631; (2) whether the Rule 60(b) motion was untimely filed; (3) whether the Court should have granted leave to expand the record; and (4) whether the Court had authority to appoint counsel under 18 U.S.C. § 3006A(a)(2)(B)." (Mot. at 3.III.)

III.    RECOMMENDATION

As stated earlier, Magistrate Judge Hegarty recommends that the Applicant's Motion for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action be denied. Recommendation at 2. In his Recommendation, Magistrate Judge Hegarty determined that "pursuant to 28 U.S.C. § 1915(a)(3), this appeal is not taken in good faith, because Applicant has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues he plans to raise on appeal." *Id.* at 1-2. Magistrate Hegarty found that the "[a]pplicant's first three claims

address the Court's conclusion that no proper grounds under Rule 60(b) existed for Applicant's Motion for Relief from Judgment.  For the first time, Applicant contends that the Court should have transferred his Application to the Circuit Court if the Court considered it a successive petition."  Recommendation at 2.  Magistrate Judge Hegarty further found that "[a]pplicant's claims are contradictory.  Either he is pursuing the argument that his petition is not successive and appealing the District Court's determination of his Rule 60(b) motion, or he is attempting to file a successive petition, in which case he can simply request to file a successive petition directly with the Court of Appeals, pursuant to 28 U.S.C. § 2244(b)(3)."  *Id.*  Magistrate Hegarty finally found that "[a]pplicant's fourth claim addresses the District Court's denial of his Motion to Appoint Counsel.  The Court's Order states that it cannot appoint counsel over the objection of counsel and can only seek volunteer counsel if, in the Court's discretion, such relief is appropriate.  Therefore, Applicant's appeals in this case are based on frivolous arguments."  *Id.*

IV.    PLAINTIFF'S OBJECTIONS

On March 21, 2008, the Applicant filed a timely objection.  As a preliminary matter, I point out that it was difficult to determine what Applicant's objections to Magistrate Judge Hegarty's Recommendation were.  The Applicant's objections consist of requests for the Court to revisit the rulings of the late and Honorable Philip S. Figa in an Order dated December 7, 2007.  Despite the nebulous nature of the Applicant's objections, I will address them to the extent to which I can ascertain what is being objected to.

The Applicant first argues that his Rule 60(b) pleading was not a successive pleading. Then, he states that if it was a successive petition, it should have been referred to the Tenth Circuit Court of Appeals. Objection at 1-2. The Applicant also argues that Judge Figa's Order (docket #62) is "void" because the Court did not address "the additional five grounds for Rule 60(b) relief." Objection at 2.

Turning to my analysis, I reject the Applicant's Objections. I agree with Magistrate Judge Hegarty's findings that it appears that the Applicant's claims contradict each other. I cannot discern whether the Applicant is arguing that his habeas petition is not successive and thus, he wishes to appeal the District Court's determination of his Rule 60(b) motion, or if the Applicant is attempting to file a successive petition. If the latter is correct, I agree with Magistrate Judge Hegarty that the Applicant may request to file a successive petition directly with the Court of Appeals, pursuant to 28 U.S.C. § 2244(b)(3).

The Applicant's other conclusory objections include a statement that the Magistrate Judge is incorrect in believing that "the Court does not have the authority to appoint counsel in a habeas case." *Id.* The Applicant also states that the Court should assess "the trial record to ascertain the evidence, and its sufficiency, adduced at trial." *Id.* However, Plaintiff offers no authority or supporting documentation for these conclusions. Therefore, I agree with Magistrate Judge Hegarty that the Applicant has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues he plans to raise on appeal. Magistrate Judge Hegarty's Recommendation on this issue is well reasoned and is adopted. Accordingly, these

objections are overruled.  To the extent the Applicant asserts other objections, I find no merit to them.

Accordingly, the Recommendation of Magistrate Judge Hegarty is affirmed and adopted.  Defendants' motion to for leave to proceed on appeal is denied.

V.   <u>CONCLUSION</u>

For the reasons stated above, it is

ORDERED that the Recommendation of United States Magistrate Judge Hegarty (docket #89) dated March 6, 2008 is **AFFIRMED AND ADOPTED**.  In accordance therewith, it is

ORDERED that the Applicant's Motion for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (docket #81) is **DENIED**.

Dated:  March 24, 2008

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge