IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01767-WYD-MEH

CARL WILLIAM PURSLEY, JR.,

       Applicant,

v.

AL ESTEP, Warden of LCF, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

       Respondents.

---

ORDER DENYING CERTIFICATE OF APPEALABILITY

---

Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and dismissing the action.  The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right.  Accordingly, it is hereby

ORDERED that a certificate of appealability will not be issued.

Dated this 15th day of October, 2009.

                              BY THE COURT:


                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              CHIEF UNITED STATES DISTRICT JUDGE